IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEAN                               :
                                   :
        vs.                        :        CIVIL ACTION NO. 02-3375
                                   :
BAYER CORPORATION, et al.          :

**ORDER**

  **AND NOW,** this 4th day of June, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

  [ ] - Order staying these proceedings pending disposition of a related action.

  [ ] - Order staying these proceedings pending determination of arbitration proceedings.

  [ ] - Interlocutory appeal filed

  [ X ] - Other:  pending receipt of the Case Transfer Order from the Judicial Panel on Multi-District Litigation transferring case to District of Minnesota.

it is
  **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

  **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

              **BY THE COURT:**

              _____
              Edmund V. Ludwig,        J.

Civ. 13 (8/80)